# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0322. DESMOND DANIELS v. THE STATE.**

In 2021, a jury found Desmond Daniels guilty of multiple counts of identity fraud and other crimes. In July 2024, Daniels filed a motion to vacate a void sentence and judgment, arguing that venue was improper in the county in which he was tried. The trial court dismissed the motion on July 23, 2024, and Daniels appealed on August 27, 2024. We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Because Daniels' notice of appeal was filed 35 days after entry of the trial court's order, we lack jurisdiction over this appeal. See id.

Second, as the Supreme Court has made clear, a post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such order must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). An appeal may lie from the denial of a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is void. See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). But Daniels did not raise any challenge to his sentence. See *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013) ("Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence

was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides.")

For these reasons, we are unable to entertain Daniels' appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/16/2024

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
>
> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*